# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. HARRIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　Defendants. | 3:20-cv-00557-MMD-WGC<br><br>**ORDER OF APPOINTMENT OF COUNSEL** |

　　　This case was referred to the *Pro Bono* Program ("Program") adopted in General Order 2019-07 for the appointment of *pro bono* counsel. The court has been informed that *pro bono* counsel has been identified. Travis N. Barrick, Esq., is hereby appointed as counsel for Plaintiff. The scope of appointment will be for all purposes through the conclusion of trial, but does not extend to the appeal, if any, of a final decision. Accordingly,

　　　**IT IS HEREBY ORDERED** that Travis N. Barrick, Esq., is hereby appointed as *pro bono* counsel for Plaintiff William E. Harris pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

　　　**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PRO BONO case flag and add Travis N. Barrick, Esq., to the docket as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that Travis N. Barrick, Esq., will not be charged fees for use of the court's filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion legal services, Travis N. Barrick, Esq., must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED: September 22, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE