UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. HARRIS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>H. WICKHAM, et al.,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00557-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　　The Office of the Attorney General did not accept service of process on behalf of Defendants Silvia L. Irvin and Candice R. Medeiros, who are no longer employees of the Nevada Department of Corrections. (ECF No. 46.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 47.)

　　　The Clerk shall ISSUE summonses for Defendants Silvia L. Irvin and Candice R. Medeiros and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 47.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 43) and this order to the U.S. Marshal for service on the Defendants. The Clerk shall SEND to Plaintiff's counsel two (2) USM-285 forms. Counsel for Plaintiff shall have until **June 10, 2022,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

　　　**IT IS SO ORDERED.**

　　　DATED: May 16, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1