Travis N. Barrick, SBN 9257
GALLIAN WELKER
& ASSOCIATES, L.C.
730 Las Vegas Blvd. S., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
Attorneys for Plaintiff William E. Harris

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM E. HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>H. WICKHAM, et al.,<br><br>　　　　　　Defendants. | Case No.:  3:20-cv-557-MMD-CSD<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>(SIXTH REQUEST)** |

　　　　Plaintiff William Harris ("Mr. Harris"), through his attorney of record, Travis N. Barrick, Esq., of the law firm of GALLIAN WELKER & ASSOCIATES, L.C., and the Defendants, through their attorneys of record of the OFFICE OF THE ATTORNEY GENERAL, hereby submit their stipulation for an extension of time for Plaintiff to file his Response in support of his Motion for Order to Show Cause (EFC No. 69) and his Motion for Order of Contempt (EFC No. 70), for the reasons set forth below.

　　　　I.　　STATUS OF DISCOVERY.

　　　　On 2/16/23, Mr. Harris filed his Motion for Order to Show Cause (EFC No. 69) and his Motion for Order of Contempt (EFC No. 70).

　　　　On 4/19/23, the parties stipulated to allow the Defendants additional time to file their Responses (EFC No. 78), which the Court granted on 4/20/23 (ECF No. 79).

II.   BASIS FOR EXTENSION.

On 5/24/23, the Defendants filed their Responses (ECF No. 80 and ECF No. 81) to the respective Motions. That same day, Mr. Barrick emailed a copy of the Defendants' Responses to Dr. Sussman and they discussed Dr. Sussman's reaction. At that time, Dr. Sussman informed Mr. Barrick that he was out of the country on a planned vacation and would return until mid-June.

Accordingly, the parties stipulate to extend the time for Mr. Harris to file his Replies in Support of his Motions until 6/16/23.

Counsel for the parties further stipulate and agree that this stipulation is made in good faith and not for the purposes of delay.

| Date: 5/30/23 | Date: 5/30/23 |
|---|---|
| By:  /s/ Douglas R. Rands<br>Douglas R. Rands, Esq.<br>Nevada Office of Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Attorneys for the Defendants | By:  /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>Gallian Welker & Associates, L.C.<br>730 Las Vegas Blvd. S., #104<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

ORDER: There shall be no further extensions granted barring unforeseen and extenuating circumstances.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 30, 2023