# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. HARRIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>H. WICKHAM, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00557-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 86 |

Before the court is Plaintiff's Ex Parte Motion for Reimbursement of Extraordinary Costs. (ECF No. 86.)

Good cause appearing, Plaintiff's Ex Parte Motion for Reimbursement of Extraordinary Costs (ECF No. 86) is **GRANTED**. Plaintiff's counsel shall submit an application through the District of Nevada's Attorney Admissions Fund pursuant to the *Pro Bono* Program adopted in Amended General Order 2019-07.

**IT IS SO ORDERED.**

DATED: June 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1