Travis N. Barrick, SBN 9257
GALLIAN WELKER
& ASSOCIATES, L.C.
730 Las Vegas Blvd. S., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
Attorneys for Plaintiff William E. Harris

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM E. HARRIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>H. WICKHAM, et al.,<br><br>                    Defendants. | Case No.:  3:20-cv-557-MMD-CSD<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>(SEVENTH REQUEST)** |

Plaintiff William Harris ("Mr. Harris"), through his attorney of record, Travis N. Barrick, Esq., of the law firm of GALLIAN WELKER & ASSOCIATES, L.C., and the Defendants, through their attorneys of record of the OFFICE OF THE ATTORNEY GENERAL, hereby submit their stipulation for an extension of time for Plaintiff and Defendants to file their respective Responses to the pending Motions for Partial Summary Judgment (ECF Nos. 90 and 91)

I.   STATUS.

On 7/14/23, Mr. Harris filed his Motion for Partial Summary Judgment (EFC No. 90). The Defendants' Response became due on 8/4/23.

On 7/17/23, the Defendants filed their Motion for Partial Summary Judgement (EFC No. 91). Mr. Harris' Response became due on 8/7/23.

- 1 -

Counsel for the parties are seeking a 21-day extension of time to file their respective Responses.

The Defendants' Response will become due on 8/25/23.

Mr. Harris' Response will become due on 8/28/23.

II. BASIS FOR EXTENSION.

Counsel for the parties are active litigators in this area of law and have unusual case loads. Counsel for the parties stipulate to the dates set forth above, out of professional courtesy.

Counsel for the parties further stipulate and agree that this stipulation is made in good faith and not for the purposes of delay.

| Date: 8/7/23 | Date: 8/7/23 |
|---|---|
| By: /s/ Douglas R. Rands<br>Douglas R. Rands, Esq.<br>Nevada Office of Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Attorneys for the Defendants | By: /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>Gallian Welker & Associates, L.C.<br>730 Las Vegas Blvd. S., #104<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

There shall be no further extensions granted barring unforeseen and extenuating circumstances.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2023.