```
AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov
```

*Attorneys for Defendants*
*Lidia Karina Gamarra-Hoff, Benjamin Murphy,*
*Candice Madieros and Silva Irvin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM E. HARRIS,<br><br>          Plaintiff,<br><br>vs.<br><br>H. WICKHAM, et al.,<br><br>          Defendants. | Case No.  3:20-cv-00557-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, William E. Harris, by and through counsel, Travis N. Barrick, and Defendants, Lidia Karina Gamarra-Hoff, Benjamin Murphy, Candice Madieros, and Silva Irvin, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 8th day of May, 2024                   DATED this 8th day of May, 2024

GALLIAN WELKER & ASSOCIATES          AARON D. FORD
                                                                               Attorney General

By:  /s/ *Travis N. Barrick*                              By:  /s/ *Douglas R. Rands*
    TRAVIS N. BARRICK, Bar No. 9257         DOUGLAS R. RANDS, Bar No. 3572
    *Attorney for Plaintiff*                            Senior Deputy Attorney General
                                                            *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
US DISTRICT JUDGE

DATED:  May 8, 2024

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on May 8, 2024, I electronically filed the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Travis N. Barrick, Esq.
Gallian Welker & Associates, LC
730 Las Vegas Boulevard South, Suite 104
Las Vegas, NV 89101
tbarrick@vegascase.com

_____
An employee of the
Office of the Attorney General